JS-6

David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
Daniel S. Cha, Esq. [State Bar No. 260256]
Email: dcha@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
2677 North Main Street, Suite 370
Santa Ana, California 92705
Telephone No.: (714) 479-0180
Facsimile No.: (714) 479-0181

Attorneys for Defendant, DEPUTY D. VILLA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT FORBES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ORANGE, DEPUTY D. VILLA, and DEPUTY D. PYKE,<br><br>　　　　Defendants. | Case No. SACV 11-01330 JGB (ANx)<br><br>**JUDGMENT**<br><br>**MATTER FOR DETERMINATION BEFORE THE HONORABLE JESUS G. BERNAL** |

On May 14, 2013, the Court granted Defendant DEPUTY DANIEL VILLA's Motion For Summary Judgment as to Plaintiff's 42 U.S.C. § 1983 claim for deliberate indifference in failing to summon medical care, and dismissed Plaintiff's 42 U.S.C. § 1983 claim for failure to intervene to prevent a civil rights violation.

On August 20, 2013, the matter came on for jury trial between Plaintiff VINCENT FORBES and Defendant DEPUTY DANIEL VILLA on the sole remaining claim for violation of 42 U.S.C. § 1983 – use of excessive force. The matter was tried before the Honorable Jesus G. Bernal in the above-captioned court. Plaintiff VINCENT FORBES was represented by his attorneys Humberto Guizar and Richard H. Geringer. Defendant DEPUTY DANIEL VILLA was represented by his attorneys David D. Lawrence and Daniel S. Cha.

After hearing the evidence and the arguments of counsel, the case was submitted to the jury. The jury deliberated, and on August 27, 2013, after returning into court and being called, the jurors rendered their unanimous verdict in writing on the issue of liability in favor of Defendant DEPUTY DANIEL VILLA.

Pursuant to Rules of Civil Procedure 54(a) and 58(b)(2)(A) of the Federal Rules of Civil Procedure, by reason of the referenced verdict, and by reason of the Court's prior orders in this action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Judgment is entered in favor of Defendant DEPUTY DANIEL VILLA; and

Defendant DEPUTY DANIEL VILLA is the prevailing party for the purpose of any recovery of allowed costs as set forth in Local Civil Rule 54.

**IT IS SO ORDERED**.

DATED:   September 5, 2013

HONORABLE JESUS G. BERNAL
United States District Judge

Respectfully submitted by:
LAWRENCE BEACH ALLEN, & CHOI, PC

By   /s/ Daniel S. Cha
   DAVID D. LAWRENCE
   CHRISTINA M. SPRENGER
   DANIEL S. CHA
   Attorneys for Defendant
   DEPUTY D. VILLA